UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BILLIE J. HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01671-JRS-MJD |
| | ) | |
| INDIANA UNIVERSITY HEALTH, | ) | |
| MARION COUNTY SUPERIOR COURT, | ) | |
| | ) | |
| Defendants. | ) | |

**Order to Show Cause**

The Complaint in this case was filed on September 15, 2023.  No proof of service has been filed yet.  Plaintiff is **ordered to show cause by January 26, 2024**, why this action should not be dismissed without prejudice for lack of service within 90 days allowed by Federal Rule of Civil Procedure 4(m) and failure to prosecute.  The failure to do so will result in dismissal.

**SO ORDERED.**

Date: 1/3/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BILLIE J. HOWARD
7244 Lakeside Woods Dr.
Indianapolis, IN 46278