UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLIE J. HOWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01671-JRS-MJD ) |
| INDIANA UNIVERSITY HEALTH, MARION COUNTY SUPERIOR COURT, | ) ) ) |
| Defendants. | ) ) |

## Order of Dismissal

The Complaint in this case was filed on September 15, 2023. Plaintiff was ordered to show cause by January 26, 2024, why this action should not be dismissed without prejudice for lack of service under Federal Rule of Civil Procedure 4(m) and failure to prosecute. She was warned that the failure to do so would result in dismissal.

Plaintiff filed a response to the show cause order, but her response—Defendants' lawyers have PACER access—does not explain or excuse the lack of timely service on Defendants. A summons and copy of the complaint must be served on each defendant in a case. Plaintiff was advised that she was responsible for arranging service; she has not done so. Accordingly, this action is **dismissed without prejudice. The Clerk shall close this case.**

SO ORDERED.

Date: 02/22/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

BILLIE J. HOWARD
7244 Lakeside Woods Dr.
Indianapolis, IN 46278