UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLIE J. HOWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01671-JRS-MJD ) |
| INDIANA UNIVERSITY HEALTH, MARION COUNTY SUPERIOR COURT, | ) ) ) |
| Defendants. | ) |

**Judgment**

This action is **dismissed without prejudice**. This is a final judgment under Rule 58.

Date: 02/22/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: Samantha Burmester
Deputy Clerk, U.S. District Court

Distribution:

BILLIE J. HOWARD
7244 Lakeside Woods Dr.
Indianapolis, IN 46278

1